**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM; and TISSUEGEN, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MEDTRONIC, INC., and TRYX, INC.,<br><br>*Defendant.* | Civil Action No. 1:17-CV-00942 |

**<u>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants provide the following disclosures:

(a) Defendant TRYX, Inc. is a wholly-owned subsidiary of Defendant Medtronic, Inc.;

(b) Defendant Medtronic, Inc. is a wholly-owned subsidiary of Medtronic PLC;

(c) Medtronic PLC is a publicly-held corporation, and there is no publicly-held corporation that owns 10 percent or more of Medtronic PLC's stock.

Dated: October 30, 2017

Respectfully submitted,

SCOTT, DOUGLASS & MCCONNICO, L.L.P.
303 Colorado Street, Suite 2400
Austin, Texas 78701-3234
(512) 495-6300—Telephone
(512) 495-6399—Facsimile

By: */s/ Steve Wingard*
Stephen E. McConnico
Texas Bar No. 13450300
smcconnico@scottdoug.com
Steve Wingard
State Bar No. 00788694
swingard@scottdoug.com

ATTORNEYS FOR DEFENDANTS
MEDTRONIC, INC., and TRYX, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 30, 2017, I served a copy of the foregoing via email, and electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael W. Shore
mshore@shorechan.com
Alfonso G. Chan
achan@shorechan.com
Christopher Evans
cevans@shorechan.com
Ari B. Rafilson
arifilson@shorechan.com
Paul T. Beeler
pbeeler@shorechan.com
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone (214) 593-9110
Facsimile (214) 593-9111

COUNSEL FOR PLAINTIFFS
BOARD OF REGENTS, THE UNIVERSITY
OF TEXAS SYSTEM and TISSUEGEN, INC.

By: */s/ Steve Wingard*
Steve Wingard