FILED

2018 JUL 19 AM 10: 54

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM, AND TISSUEGEN, INC., PLAINTIFFS, | § | |
| V. | § | CAUSE NO. A-17-CV-0942-LY |
| MEDTRONIC PLC; MEDTRONIC, INC., AND TYRX, INC., DEFENDANTS. | § | |

**FINAL JUDGMENT**

Before the court is the above-styled and numbered cause. On this day by separate Order the court dismissed Plaintiffs the Board of Regents, the University of Texas System, and Tissuegen, Inc.'s claims alleged against Defendant Medtronic, Inc. without prejudice for lack of venue. On May 17, 2018, the court dismissed without prejudice Plaintiffs the Board of Regents, the University of Texas System, and Tissuegen, Inc.'s claims alleged against Defendant Tyrex, Inc. for improper venue (Clerk's Document No. 62). Also on May 17, 2018, by a separate order, the court dismissed without prejudice Plaintiffs the Board of Regents, the University of Texas System, and Tissuegen, Inc.'s claims alleged against Defendant Medtronic PLC for lack of jurisdiction (Clerk's Document No. 61). As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is hereby **CLOSED**.

SIGNED this 19th day of July, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE